# EXHIBIT L

From: <dave@richmondbrothers.com>
Date: September 19, 2016 at 5:16:29 PM EDT
To: Rob Chioini <rchioini@rockwellmed.com>, <tklema@rockwellmed.com>
Cc: Mark Ravich <dadmhr@aol.com>
Subject: Meeting request

Rob and Tom,

Per the receptionists directions I am emailing rob requesting a meeting. When I called today to talk to Tom she said he was unavailable but asked the nature of my call, when I said I am would like to request a meeting she directed me to email rob. So I am doing so.

As I am sure you are both aware i recently had a less than pleasant phone call with Ron Aubrey. It seems the lines are pretty clear but i would like to reach out one last time.

Mark and I would like to come to town and see if we can understand the long term game plan, find common ground, and a civil way forward. We are available in the next couple weeks and would look forward to a face to face sit down.

6

Please forward us a couple available dates and times.

Dave



**David S. Richmond, MSFS, CAP®, ChFC®, CLU®**



President
Richmond Brothers, Inc.

*Connect with us:*

3568 Wildwood Avenue, Jackson, Michigan 49202
Direct Phone: 517-435-4021  |  Phone: 517-435-4040  |  Fax: 517-905-6030
Website: www.richmondbrothers.com
Services offered through Richmond Brothers, Inc., an SEC-Registered Investment Adviser.

Note: This message and any attachments contains information which may be confidential and/or privileged and is intended for use only by the addressee(s) named on this transmission. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any review, copying, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please (i) notify the sender immediately by e-mail or by telephone and (ii) destroy all copies of this message. If you do not wish to receive marketing e-mails from this sender, please send an e-mail to questions@richmondbrothers.com or a postcard to 3568 Wildwood Avenue, Jackson, Michigan 49202.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE AND ANY ATTACHMENT IS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY NAMED ABOVE. This e-mail message and any attachments may contain communication which is privileged and confidential, and the disclosure of this information outside of the intended recipient is strictly prohibited and governed by applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail or by calling (248) 960-9009, and delete this e-mail message and any attachments from your computer. Thank you.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE AND ANY ATTACHMENT IS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY NAMED ABOVE. This e-mail message and any attachments may contain communication which is privileged and confidential, and the disclosure of this information outside of the intended recipient is strictly prohibited and governed by applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail or by calling (248) 960-9009, and delete this e-mail message and any attachments from your computer. Thank you.