## RETURN OF SERVICE

**State of Michigan**

Case Number: 17-CV-10757

Plaintiff:
**Rockwell Medical, Inc.**

vs.

Defendant:
**Richmond Brothers, Inc.**

For:
Foley & Lardner, LLP - MI
500 Woodward Ave.
Suite 2700
Detroit, MI 48226

County of Eastern

United States District Court



SKP2017000717

Received by SERVE LEGAL PROCESS, INC. on the 9th day of March, 2017 at 3:15 pm to be served on **David Hagelstein, 4311 Bay Shore Road, Sarasota, FL 34234**.

I, Raymond Feliciano, do hereby affirm that on the **9th day of March, 2017 at 3:35 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Letter, Complaint For Declaratory Judgment and Injunctive Relief, Plaintiff's Emergency Motion For Preliminary Injunction And Leave To Conduct Expedited Discovery, Exhibits** with the date and hour of service endorsed thereon by me, to: David Hagelstein at the address of: 4311 Bay Shore Road, Sarasota, FL 34234, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
STEPHEN HEFFRON ANSWERED THE DOOR AT THE GIVEN ADDRESS AND CONFIRMED THAT HE LIVES THERE WITH DAVID HAGELSTEIN. HE SAID DAVID WAS NOT HOME, THE SERVER LEFT THE DOCUMENTS WITH HEFFRON. AS THE SERVER WAS STILL SITTING IN HIS CAR FILLING OUT PAPERWORK, A CAR PULLED UP BESIDE HIM IN THE DRIVEWAY. THE SERVER ASKED THE DRIVER IF HE WAS DAVID HAGELSTEIN AND THE DRIVER SAID YES. THE SERVER ADVISED HIM THAT HE WAS A PROCESS SERVER AND HE HAD JUST LEFT SOME LEGAL DOCUMENT FOR HAGELSTEIN WITH STEPHEN HEFFRON. HAGELSTEIN SAID, "OKAY, I'LL GET THEM".

**Description of Person Served:** Age: 60, Sex: M, Race/Skin Color: WHITE, Height: ??, Weight: ??, Hair: GRAY, Glasses: N

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Raymond Feliciano
#0209

SERVE LEGAL PROCESS, INC.
333 North Falkenburg Road
Suite B - 206
Tampa, FL 33619
(813) 254-8762

Our Job Serial Number: SKP-2017000717
Ref: 114317-0101

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

Served Date 3/9 Time 3:35p

Server RF

I.D. # 0209

Rockwell Medical, Inc

)
)
)
*Plaintiff,* )
)
v. )
)
Richmond Brothers, Inc )
)
)
*Defendant.* )

Civil Action No. 17-cv-10757

Hon. Robert H. Cleland

## SUMMONS IN A CIVIL ACTION

To:   David Hagelstein

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Irina Kashcheyeva
Foley and Lardner
500 Woodward Avenue
Suite 2700
Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger

*Signature of Clerk or Deputy Clerk*

Date of Issuance: March 9, 2017

