## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROCKWELL MEDICAL, INC., | Civil No. 17-cv-10757 |
| Plaintiff, | Hon. Robert H. Cleland |
| vs. | |
| RICHMOND BROTHERS, INC., *et al.*, | |
| Defendants, | |
| MARK RAVICH, | |
| Defendant/Counterclaim-Plaintiff, | |
| vs. | |
| ROCKWELL MEDICAL, INC., | |
| Plaintiff/Counterclaim-Defendant, | |
| and | |
| BAXTER HEALTHCARE CORPORATION and DAVID HAGELSTEIN, | |
| Third-Party Relief Defendants. | |

### **STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court on the parties' stipulation, pursuant to which all parties agreed to dismiss all claims against one another asserted in this

litigation, under Fed. R. Civ. P. 41(a)(2) and (c), and with the Court being otherwise fully advised of the premises,

It is further **ORDERED** that, subject to the rights set forth in the settlement agreements between certain parties, all claims asserted in this matter are hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

Dated this 30TH day of November, 2017

                                  s/Robert H. Cleland
                                  Hon. Robert H. Cleland
                                  District Judge

Stipulated to and agreed by:

                                  */s/ Irina Kashcheyeva*
                                  Irina Kashcheyeva
                                  FOLEY & LARDNER LLP
                                  500 Woodward Ave., Suite 2700
                                  Detroit, MI 48306
                                  Telephone: 313.234.7170
                                  ikashcheyeva@foley.com

                                  *Counsel for Rockwell Medical, Inc.*

                                  */s/ Jeffrey G. Muth (with permission)*
                                  Jeffrey G. Muth
                                  Stephen J. van Stempvoort
                                  MILLER JOHNSON
                                  45 Ottawa Avenue, SW – Suite 1100
                                  Grand Rapids, MI 49503
                                  Telephone: 616.831.1700
                                  muthjg@millerjohnson.com

*Counsel for the R/R Defendants*

*/s/ Edward Perdue (with permission)*
Edward P. Perdue
DICKINSON WRIGHT
200 Ottawa Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Telephone: 616.336.1038
ravers@dickinsonwright.com

*Counsel for Jay F. Joliat*

*/s/ E. Powell Miller (with permission)*
E. Powell Miller
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: 248.841.2200
epm@miller.law

*Counsel for Baxter Healthcare Corporation*

3

4813-4447-3430.1